PROB 34
(Rev. 5/01)

**Report and Order Terminating Supervised Release**

# UNITED STATES DISTRICT COURT
FOR THE

*District of Guam*

FILED
DISTRICT COURT OF GUAM
FEB -8 2007
MARY L.M. MORAN
CLERK OF COURT

UNITED STATES OF AMERICA

v.

JULIUS CLAYTON BACOTE

CRIMINAL CASE NO. 03-00014-001

It appearing that the above named has complied with the conditions of supervised release imposed by the order of the Court heretofore made and entered in this case and that the period of supervised release expired on **January 7, 2007**, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.



RECEIVED
FEB - 7 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

Respectfully submitted,

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
GRACE D. FLORES
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: Marivic P. David, AUSA
John Gorman, FPD
File

## ORDER OF COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this _____ day of February 2007.

_____
FRANCES M. TYDINGCO-GATEWOOD
Chief Judge
District of Guam

Case 1:03-cr-00014  Document 102  Filed 02/08/2007  Page 1 of 1

ORIGINAL