ORIGINAL

BACOTE_J.taxgar

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00014 |
| Plaintiff, | |
| vs. | **STIPULATED MOTION FOR A WRIT OF GARNISHMENT** |
| JULIUS C. BACOTE, | (Tax Year 2005) |
| Defendant, | |
| DEPARTMENT OF REVENUE AND TAXATION, GOVERNMENT OF GUAM, | |
| Garnishee. | |

WHEREAS Defendant, JULIUS C. BACOTE, Social Security Number XXX-XX-4496, P.O. Box XXXX, Yigo, Guam 96929, has requested that any income tax refund including tax year 2005 payable to Defendant from the Department of Revenue and Taxation, Government of Guam, be made payable to the Clerk, District Court of Guam for payment toward Defendant's restitution that is due and owing;

//
//

1  Plaintiff, UNITED STATES OF AMERICA, and Defendant, JULIUS C. BACOTE,
2 hereby jointly move the Court for an order of writ of garnishment on any income tax refund
3 including tax year 2005 of Defendant, JULIUS C. BACOTE.

Dated: 05/12/08

*(signature)*
JULIUS C. BACOTE
Defendant

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

Dated: 5/12/07

By: *(signature)*
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov