**BACOTE_J.TaxWrit3**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIUS C. BACOTE, ) <br> ) <br> Defendant, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br>   AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 03-00014 <br><br><br> **WRIT OF GARNISHMENT** <br> (Tax Year 2007 and Rebate) |

Upon stipulated motion of Plaintiff and Defendant for an order of a Writ of Garnishment on Defendant JULIUS C. BACOTE's income tax refund including tax year 2007 and the economic stimulus package rebate;

//

//

//

//

IT IS HEREBY ORDERED that Garnishee place a writ of garnishment on the income tax refund including tax year 2007 and the economic stimulus package rebate account of Defendant JULIUS C. BACOTE, Social Security Number XXX-XX-4496, until further notice.

Checks should be made payable to:

**CLERK, DISTRICT COURT OF GUAM**

and mailed to:

District Court of Guam
4th Floor, U.S. Courthouse
520 West Soledad Avenue
Hagåtña, Guam 96910

with a reference to court number **CR 03-00014** to ensure his account is properly credited.

SO ORDERED.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: May 14, 2008**