| | |
|---|---|
| 1 | **BACOTE_J.TaxGarSvc2** |
| 2 | LEONARDO M. RAPADAS<br>United States Attorney |
| 3 | JESSICA F. CRUZ<br>Assistant U.S. Attorney |
| 4 | MIKEL W. SCHWAB<br>Assistant U.S. Attorney |
| 5 | Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue |
| 6 | Hagåtña, Guam 96910<br>TEL: (671) 472-7332 |
| 7 | FAX: (671) 472-7215 |
| 8 | Attorney's for United States of America |

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 03-00014 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| JULIUS C. BACOTE, | ) | (Tax Year 2006) |
| Defendants, | ) | |
| DEPARTMENT OF REVENUE<br>  AND TAXATION,<br>GOVERNMENT OF GUAM, | ) | |
| Garnishee. | ) | |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** (Tax Year 2006) and **Writ of Garnishment** (Tax Year 2006) were sent to the defendant and garnishee by mail on May 16, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED: 05/23/08        By:    /s/ Jessica F. Cruz
                                            JESSICA F. CRUZ
                                            Assistant U.S. Attorney
                                            Jessica.F.Cruz@usdoj.gov
                                            MIKEL W. SCHWAB
                                            Assistant U.S. Attorney
                                            mikel.schwab@usdoj.gov