**BACOTE_J.TaxGarSvc3**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JULIUS C. BACOTE, ) <br> ) <br> Defendants, ) <br>_____) <br> ) <br> DEPARTMENT OF REVENUE ) <br> AND TAXATION, ) <br> GOVERNMENT OF GUAM, ) <br> ) <br> Garnishee. ) <br>_____) | CRIMINAL CASE NO. 03-00014 <br><br><br> **CERTIFICATE OF SERVICE** <br> (Tax Year 2007 and Rebate) |

I hereby certify that a filed or electronically filed copy of the following: **Stipulated Motion for a Writ of Garnishment** (Tax Year 2007 and Rebate) and **Writ of Garnishment** (Tax Year 2007 and Rebate) were sent to the defendant and garnishee by mail on May 16, 2008.

                     LEONARDO M. RAPADAS
                     United States Attorney
                     Districts of Guam and the NMI

DATED: 05/23/08           By:  /s/ Jessica F. Cruz
                     JESSICA F. CRUZ
                     Assistant U.S. Attorney
                     Jessica.F.Cruz@usdoj.gov
                     MIKEL W. SCHWAB
                     Assistant U.S. Attorney
                     mikel.schwab@usdoj.gov