# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 03-00014 |
| Plaintiff, | |
| vs. | RECEIPT OF EXHIBITS |
| JULIUS CLAYTON BACOTE, | |
| Defendant. | |

[ X ] Government's    [ ] Defendant's    [ ] Joint

I hereby acknowledge receipt of the following exhibit(s) in the above-entitled case, which are listed herein.

**EXHIBIT NO.**        **DESCRIPTION**

See attached United States' Third Amended Exhibit List

_____
Signature

EVANGELYN PHELPS
Name

5-28-08
Date

UNITED STATES ATTORNEY'S OFFICE
Office/Firm Receiving Exhibits



LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
JUL - 7 2003
MARY L. M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>JULIUS CLAYTON BACOTE,<br>and GARY WILLIAM HERR,<br><br>　　　　　Defendants. | CRIMINAL CASE NO. 03-00014<br><br>**UNITED STATES' THIRD<br>AMENDED EXHIBIT LIST** |

COMES NOW the United States and hereby files with the Court a Third Amended Exhibit List with the following revised exhibit 78, and supplemental exhibit 82 to be introduced in its case-in-chief:

Respectfully submitted this 7th day of July, 2003.

　　　　　　　　　　　　　　　　　　LEONARDO M. RAPADAS
　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　Districts of Guam and CNMI

　　　　　　　　　　By:　　_____
　　　　　　　　　　　　　　　　　　MARIVIC P. DAVID
　　　　　　　　　　　　　　　　　　Assistant U.S. Attorney

# UNITED STATES' SECOND AMENDED EXHIBIT LIST

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 1. | Bank of Guam ("BOG") Deposit Account Agreement and Signature Card of Julius C. Bacote (#201522948) | 7-10-03 | 7-9-03 |
| 2. | COLA check of $1,148.88 dated 11/30/01 of Julius C. Bacote | 7-10-03 | 7-9-03 |
| 3. | BOG Savings deposit slip of $1,148.88 dated 12/18/01 | 7-10-03 | 7-9-03 |
| 4. | BOG Savings withdrawal slip of $1,800 dated 01/09/02 | 7-10-03 | 7-9-03 |
| 5. | BOG Cash Out Credit slip of $1,800 | 7-10-03 | 7-9-03 |
| 6. | GovGuam Income Tax Refund check of $1,024.32 to Eugenia Elobet | 7-10-03 | 7-9-03 |
| 7. | GovGuam Income Tax Refund check of $570.98 to Maryusha Concepcion | 7-10-03 | 7-9-03 |
| 8. | GovGuam check of $2,085.12 to Brenda Ann Delisle | 7-10-03 | 7-9-03 |
| 9. | GovGuam check of $1,274.24 to Brenda Ann Delisle | 7-10-03 | 7-9-03 |
| 10. | Jalpak check of $700.00 to Yakiniku Jin Ro | 7-10-03 | 7-9-03 |
| 11a. | BOG Savings deposit slip of $1,274.24 dated 02/27/02 | 7-10-03 | 7-9-03 |
| 11b. | BOG Savings deposit slip of $1,024.32 dated 12/27/01 | 7-10-03 | 7-9-03 |
| 12a. | BOG Savings deposit slip of $700.00 dated 02/25/02 | 7-10-03 | 7-9-03 |
| 12b. | BOG Savings deposit slip of $570.98 undated | 7-10-03 | 7-9-03 |
| 12c. | BOG Savings deposit slip of $2,085.12 dated 02/11/02 | 7-10-03 | 7-9-03 |
| 13. | BOG Statement of Savings Account - 04/30/00 | 7-10-03 | 7-9-03 |
| 14. | BOG Statement of Savings Account - 06/30/00 | 7-10-03 | 7-9-03 |
| 15. | BOG Statement of Savings Account - 07/31/00 | 7-10-03 | 7-9-03 |
| 16. | BOG Statement of Savings Account - 10/31/00 | 7-10-03 | 7-9-03 |
| 17. | BOG Statement of Savings Account - 11/30/00 | 7-10-03 | 7-9-03 |
| 18. | BOG Statement of Savings Account - 12/31/00 | 7-10-03 | 7-9-03 |
| 19. | BOG Statement of Savings Account - 01/31/01 | 7-10-03 | 7-9-03 |

i

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 20. | BOG Statement of Savings Account - 04/30/01 | 7-10-03 | 7-9-03 |
| 21. | BOG Statement of Savings Account - 09/30/01 | 7-10-03 | 7-9-03 |
| 22. | BOG Statement of Savings Account - 12/31/01 | 7-10-03 | 7-9-03 |
| 23/23a. | BOG Statement of Savings Account - 01/31/02 | 7-10-03 | 7-9-03 |
| 24/24a. | BOG Statement of Savings Account - 02/28/02 | 7-10-03 | 7-9-03 |
| 25. | Savings Account Inquiry - 04/04/02 | 7-10-03 | 7-9-03 |
| 26. | Journal Browse Report | 7-10-03 | 7-9-03 |
| 27. | BOG ATM Balanced Items sheet - 02/20/02 | 7-10-03 | 7-9-03 |
| 27a. | Two ATM photos - 02/20/02 | 7-10-03 | 7-9-03 |
| 27b. | One ATM photo - 02/20/02 | 7-10-03 | 7-9-03 |
| 27c. | Four ATM photos - 02/20/02 | 7-10-03 | 7-9-03 |
| 28. | BOG Posting Items Report sheet and one ATM photo - 02/21/02 | 7-10-03 | 7-9-03 |
| 29a. | BOG ATM Balanced Items sheet - 02/25/02 and one ATM photo - 02/22/02 | 7-10-03 | 7-9-03 |
| 29b. | BOG ATM Balanced Items sheet - 02/19/02 | | 7-9-03 |
| 30. | Four ATM photos - 12/20/01 | 7-10-03 | 7-9-03 |
| 31. | Four ATM photos - 12/20/01 | 7-10-03 | 7-9-03 |
| 32. | Three ATM photos - 12/27/01 | 7-10-03 | 7-9-03 |
| 32a. | Two ATM photos - 12/27/01 | 7-10-03 | 7-9-03 |
| 33. | Three ATM photos - 12/27/01 | 7-10-03 | 7-9-03 |
| 34a. | One ATM photo - 01/05/02 | 7-10-03 | 7-9-03 |
| 34b. | Seven ATM photos - 01/05/02 | 7-10-03 | 7-9-03 |
| 34c. | ATM Balanced Items sheet - 01/07/02 | 7-10-03 | 7-9-03 |
| 35. | One ATM photo - 01/11/02 | 7-10-03 | 7-9-03 |
| 36. | Six ATM photos - 01/15/02 | 7-10-03 | 7-9-03 |

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 37. | Two ATM photos - 01/16/02 | 7-10-03 | 7-9-03 |
| 38a-c. | Eleven ATM photos - 01/16/02 | 7-10-03 | 7-9-03 |
| 39. | Six ATM photos - 01/28/02 | 7-10-03 | 7-9-03 |
| 40. | Four ATM photos - 02/17/02 | 7-10-03 | 7-9-03 |
| 41. | Three ATM photos - 02/17/02; 02/18/02 | 7-10-03 | 7-9-03 |
| 42a. | Two ATM photos - 02/18/02; 02/19/02 | 7-10-03 | 7-9-03 |
| 42b. | One ATM photo and ATM Balanced Items sheet, 02/19/02 | 7-10-03 | 7-9-03 |
| 43a. | Four ATM photos - 02/28/02 | 7-10-03 | 7-9-03 |
| 43b. | ATM Balanced Items sheet, 03/01/02 | 7-10-03 | 7-9-03 |
| 44. | Two ATM photos - 03/06/02 | 7-10-03 | 7-9-03 |
| 45a. | Eight ATM photos - 03/04/02 | 7-10-03 | 7-9-03 |
| 45b. | ATM Balanced Items sheet - 03/05/02 | 7-10-03 | 7-9-03 |
| 46. | Five ATM photos - 03/05/02 | 7-10-03 | 7-9-03 |
| 47a/b. | Two ATM photos and  a. Identified 7-10-03  ATM Balanced Items sheet - 03/05/02  b. | 7-10-03 | 7-9-03 |
| 48. | Six ATM photos - 01/25/02 | 7-10-03 | 7-9-03 |
| 49a-c. | 14 ATM photos - 01/25/02 | 7-10-03 | 7-9-03 |
| 50a. | Three ATM photos - 01/25/02 | 7-10-03 | 7-09-03 |
| 50b/c. | ATM Balanced Items sheet - 01/28/02 | 7-10-03 | 7-9-03 |
| 51a-c. | Nine ATM photos - 02/11/02 | 7-10-03 | 7-9-03 |
| 52a-c. | Eight ATM photos - 02/22/02 | 7-10-03 | 7-9-03 |
| 53a/b. | Two ATM photos and ATM Balanced Items sheet - 03/01/02 | 7-10-03 | 7-9-03 |
| 54. | Four ATM photos - 03/01/02 | 7-10-03 | 7-9-03 |

iii

| NO. | DESCRIPTION | Date Identified | Admitted |
|---|---|---|---|
| 55. | BOG letter of May 6, 2003 | | Not admitted |
| 56. | BOG General Information sheet - 05/06/03 | | Not admitted |
| 57. | BOG Federal Deposit Insurance Corporation certificate | 7-10-03 | 7-9-03 |
| 58. | GovGuam Income Tax Refund check of $303.23 to Tanaka Eiko | 7-10-03 | 7-9-03 |
| 59. | BOG Savings deposit slip of $303.23 dated 01/14/02 | 7-10-03 | 7-9-03 |
| 60a. | BOG Statement of Savings Account (Herr) - 12/31/01 | 7-10-03 | 7-9-03 |
| 60b. | BOG Statement of Savings Account (Herr) - 02/28/02 | 7-10-03 | 7-9-03 |
| 60c. | Savings Account Inquiry; Basic Account Data (Herr) - 05/05/03 | 7-10-03 | 7-9-03 |
| 61a. | Bank of Guam ("BOG") Deposit Account Agreement and Signature Card of Gary W. Herr (#202246966) opened 8/10/01 | 7-10-03 | 7-9-03 |
| 61b. | Bank of Guam ("BOG") Deposit Account Agreement and Signature Card of Gary W. Herr/Yoon Hee Herr (#202246966) updated 9/24/01 | 7-10-03 | 7-9-03 |
| 62a. | BOG Statement of Savings Account (Herr) - 12/16/01 | 7-10-03 | 7-9-03 |
| 62b. | BOG Statement of Savings Account (Herr) - 01/15/02 | 7-10-03 | 7-9-03 |
| 62c. | BOG Statement of Savings Account (Herr) - 02/17/02 | 7-10-03 | 7-9-03 |
| 62d. | BOG Statement of Savings Account (Herr) - 03/17/02 | 7-10-03 | 7-9-03 |
| 63a. | Bank of Guam ("BOG") Deposit Account Agreement and Signature Card of Gary W. Herr (#0102113215) opened 8/10/01 | 7-10-03 | 7-9-03 |
| 63b. | Bank of Guam ("BOG") Deposit Account Agreement and Signature Card of Gary W. Herr/Yoon Hee Herr (#0102113215) updated 9/24/01 | 7-10-03 | 7-9-03 |
| 64. | PS Form 1583 - Gary W. Herr | | 7-7-03 |
| 65. | PS Form 1583 - Rosemary M. Concepcion | 7-10-03 | 7-9-03 |
| 66. | PS Form 1583 - Joaquin C. Concepcion | 7-10-03 | 7-9-03 |
| 67. | PS Form 1583 - Emily W. Tanaka | 7-10-03 | 7-9-03 |
| 68. | PS Form 1583 - Brenda Delisle | 7-10-03 | 7-9-03 |
| 69. | Warning & Waiver of Rights, 03/20/02 - Gary W. Herr | | ~~7-9-03~~ Not admitted (on 7-11-0) |

iv

| NO. | DESCRIPTION | Date Identified | Admitted | |
|---|---|---|---|---|
| 70. | Warning & Waiver of Rights, 05/09/03 - Gary W. Herr | | 7-9-03 | 7-9-03 not admitted |
| 71. | Warning & Waiver of Rights, 07/31/02 - Julius Bacote | 7-10-03 | 7-9-03 | |
| 72. | Application for Post Office Box - Julius C. Bacote | 7-10-03 | 7-9-03 | |
| 73. | Post Office Box Fee Register - Julius C. Bacote | | 7-9-03 | |
| 74. | Jalpak letter of March 11, 2002 | 7-10-03 | 7-9-03 | |
| 75. | BOG Affidavit of Maker/Endorser re Yakiniku Jin Ro check | 7-10-03 | 7-9-03 | |
| 76. | Affidavit of Claimant: Endorsement Forged re Brenda A. Delisle, check of $2,085.12 | 7-10-03 | 7-9-03 | |
| 77. | Affidavit of Claimant: Endorsement Forged re Brenda A. Delisle, check of $1,274.24 | 7-10-03 | 7-9-03 | |
| 78. | BOH Federal Deposit Insurance Corporation certificate | | 7-9-03 | |
| 79. | Pacific Security Alarm, Inc. Employment Application | 7-10-03 | 7-9-03 | |
| 80a.. | Guam Driver's License - Julius C. Bacote | 7-10-03 | 7-9-03 | |
| 80b. | Photograph of Julius C. Bacote | | Not admitted | |
| 81a.. | U.S. Passport - photo copy of Gary Herr ~~Gary William Herr~~ | 7-10-03 | 7-9-03 | |
| 81b. | U.S. Merchant Mariner's Document - Gary William Herr | 7-10-03 | 7-9-03 | |
| 82. | ATM Film Summary | 7-10-03 | ~~Excluded~~ Not Admitted | |